UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICARDO ALFONSO RANGEL CLOS,

Petitioner,

v. Case No.: 2:26-cv-02692-SPC-KRH

I.C.E. *et al.*,

Respondents.

______________________________/

**OPINION AND ORDER**

Before the Court are Ricardo Alfonso Rangel Clos's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Rangel Clos, a noncitizen in immigration detention, sought habeas relief from this Court in *Rangel Clos v. Warden*, M.D. Fla. Case No. 2:26-cv-2463-SPC-NPM. The government conceded he was entitled to a bond hearing, and the Court ordered the respondents to either bring Rangel Clos before an immigration judge for a bond hearing or release Rangel Clos from custody.

On September 14, 2026, Immigration Judge Liviu Lungu found Rangel Clos to be a flight risk and a danger to the community and denied release on bond. (Doc. 5-1 at 13-14). Rangel Clos argues Judge Lungu relied on general conclusions rather than specific evidence, but the bond order belies that claim. Judge Lungu cited specific evidence, including Rangel Clos's DUI conviction,

his manner of entry into the United States, and his lack of family ties to the United States. While Rangel Clos invokes the Fifth Amendment, his petition, in substance, attacks Judge Jungu's discretionary bond decision. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). The proper way to challenge the result of a bond hearing is appeal to the BIA. Accordingly, Rangel Clos's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 26, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record